Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff
SONOYA MITCHELL

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| SONOYA MITCHELL<br>          Plaintiff,<br><br>-against-<br><br>SOUTHWEST COLLECTION<br>SERVICE, INC.,<br>          Defendant. | Case No.: 5:17-cv-00641 JGB (DTBx)<br><br>**The Hon. Jesus G. Bernal**<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]**<br><br>Complaint Filed:  April 3, 2016<br>Answer Filed:  August 26, 2016 |

**IT IS HEREBY STIPULATED AND AGREED TO**  by the Plaintiff and

Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person

for whom a committee has been appointed or conservatee, and no person not a party

has an interest in the subject matter of the action, that the above entitled action

against Defendant shall be and hereby is dismissed with prejudice and on the

merits, without costs, or disbursements, or attorney's fees to any party pursuant to

1   Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

2
3   dismissal with prejudice may be entered in the above entitled action pursuant

4   hereto.

5           Undersigned counsel represents that he is fully authorized by his client

6
7   to enter into this Voluntary Dismissal with Prejudice.

8                                         Respectfully Submitted,

9   DATED:  May 11, 2017              THE LAW OFFICES OF JONATHAN A.
10                                     STIEGLITZ

11                                     By:    */s/Jonathan A. Stieglitz*
12                                            Jonathan A. Stieglitz
                                              Attorneys for Plaintiff
13                                            NICOLE SIMMET

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28